# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT PADUCAH

**JEFFREY JOHNSON**                                                               **PLAINTIFF**

**v.**                            **CIVIL ACTION NO. 5:13CV-P103-R**

**BILL MARCUM** *et al.*                                              **DEFENDANTS**

## MEMORANDUM OPINION AND ORDER

By Memorandum Opinion and Order entered January 10, 2014 (DN 16), the Court performed an initial review of the complaint and amended complaint pursuant to 28 U.S.C. § 1915A. Upon review, the Court dismissed the following claims pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted: all of the claims under the Americans with Disabilities Act and all of the 42 U.S.C. § 1983 claims, except for the claims of illegal search and excessive force. The Court allowed Plaintiff to amend the complaint with respect to the claims of illegal search and excessive force, naming as Defendants those individuals who were allegedly involved. Plaintiff having failed to identify any policy or custom that was the moving force behind his alleged injuries, the Court found that any official-capacity claims against any newly named Defendants would be futile and, therefore, advised that any newly named Defendants must be sued in their individual capacity. The Court further advised Plaintiff that his failure to file an amended complaint within 21 days would result in dismissal of the entire action.

The 21 days have passed, and the record reflects that Plaintiff has filed no amended complaint.

**IT IS THEREFORE ORDERED** that the § 1983 claims of illegal search and excessive force are **DISMISSED** pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

Date:

cc: Plaintiff, *pro se*
 Calloway County Attorney
4413.005